J. R. T. Alford, Plaintiff Below, Appellee, v. Butler Building, Inc., and Jayner, Inc., Defendants Below, Appellees.
On Appeal of Oscar Manchik, Intervening Petitioner Below, Appellant.

Gen. No. 45,943.

William Henning Rubin, for appellant; Johnston, Thompson, Raymond & Mayer, for certain appellees; Albert E. Jenner, Jr., Max Bloomstein, Jr., and Wesley G. Hall, of counsel; Joseph Z. Willner, and John C. Kayner, for certain other appellees; Sonnenschein, Berkson, Lautmann, Levinson & Morse, for certain other appellee; Ben Rothbaum, of counsel. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed July 2, 1953; released for publication July 28, 1953.